1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-03071-WBS-CSK

12                                            No. 2:24-cv-03120-WBS-CSK

13                                            No. 2:24-cv-03125-WBS-CSK

14                                            No. 2:24-cv-03131-WBS-CSK

15                                            No. 2:24-cv-03132-WBS-CSK

16                                            No. 2:24-cv-03133-WBS-CSK

17                                            No. 2:24-cv-03206-WBS-CSK

18                                            No. 2:24-cv-03207-WBS-CSK

19                                            No. 2:24-cv-03212-WBS-CSK

20                                            No. 2:24-cv-03213-WBS-CSK

21

22

23                                            **ORDER**

24

25

26         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                            1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4  the Court to open a new case for each attempted new pleading and assign it to the Court for

5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

9        Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03071, 2:24-cv-03120, 2:24-cv-

10  03125, 2:24-cv-03131, 2:24-cv-03132, 2:24-cv-03133, 2:24-cv-03206, 2:24-cv-03207, 2:24-cv-

11  03212 and 2:24-cv-03213 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  December 2, 2024

14  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26  [1] In the captions of 2:24-cv-03120, 2:24-cv-03131 and 2:24-cv-03133, plaintiff names the Yuba
    County Superior Court.  To the extent plaintiff intended to raise the claims raised in these cases in
27  the United States District Court for the Eastern District of California, this Court finds that the
    claims raised in 2:24-cv-03120, 2:24-cv-03131 and 2:24-cv-03133 are related to Plaintiff's
28  Alameda County criminal conviction.